PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING

IN RE:  
    Beck, Michael Lee  
    Beck, Kelly A  

CASE NO: 25-50363

**APPEARANCES:**
(X) DEBTOR 1  
    (X) Required picture I.D. produced  
    (X) Required SSN verification produced  
    (X) Pay advices received  

(X) DEBTOR 2 (Wife in Joint Cases)  
    (X) Required picture I.D. produced  
    (X) Required SSN verification produced  
    (X) Pay advices received  

Credit counseling certificate (X) filed ( ) not filed  
Tax returns received for __22 + 23__ (years) on __4/8/25__ ( ) uploaded.  
Financial documents were ( ) retained by trustee or (X) returned to debtor(s) or ( ) forwarded to Office of the UST.  
( ) DEBTOR'S REPRESENTATIVE: _____  
( X ) ATTORNEY FOR DEBTOR(S): **THOMAS CARL ROLLINS, JR** or substitute: _____

( ) DEBTOR(S) APPEARED PRO SE  
    ( ) YES ( ) NO – If Pro Se, did anyone assist with preparation?  
    ( ) YES ( ) NO – If yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:  
( ) HELD; or  
( ) NOT HELD; or  
(X) NOT CONCLUDED AND IS CONTINUED TO THE __14__ DAY OF __May__, 20__25__ AT __11:00__ O'CLOCK __A__.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

DEBTOR(S) REQUIRED TO:  
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting – Schedule _____  
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL NOTES: __Continued to review asset__

DATED:

G. ADAM SANFORD, TRUSTEE

Track # __40__ or Tape # _____, Side _____ Counter Start # _____