_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 10, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **MICHAEL LEE BECK** <br> **KELLY A BECK** | **CASE NO.  25-50363-KMS** |
| **Debtor** | |

### AGREED ORDER EXTENDING DEADLINES FOR CASE TRUSTEE, AND U.S. TRUSTEE TO FILE §727 COMPLAINTS, MOTIONS FOR DISMISSAL FOR ABUSE, AND/OR OBJECTIONS TO CLAIMS OF EXEMPT PROPERTY

On *ore tenus* motion of the debtor(s) and the trustee in the above-styled cause to extend the deadlines for filing §727 complaints, a motion to dismiss for abuse, and/or objections to claims of exempt property by the case trustee or United States Trustee and the Court, having considered the same, finds for good cause shown that said ore tenus motion should be granted, therefore,

**IT IS ORDERED THAT**

1. The time for filing §727 complaints is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and

2. The time for filing a motion to dismiss for abuse is hereby extended to sixty (60) days after the conclusion of the §341(a) meeting of creditors; and
3. The time for filing objections to debtors' claims of exemptions is hereby extended to thirty (30) days after the conclusion of the §341(a) meeting of creditors.

## ##END OF ORDER##

APPROVED AND AGREED TO:

| | |
|---|---|
| /s/  G. Adam Sanford | /s/ THOMAS CARL ROLLINS, JR |
| **G. ADAM SANFORD** | **THOMAS CARL ROLLINS, JR** |
| **CHAPTER 7 TRUSTEE** | **The Rollins Law Firm, Pllc** |
| **1 Stonegate Drive,** | **Po Box 13767** |
| **Suite B** | **Jackson, MS 39236** |
| **Brandon, MS  39042** | |
| **Telephone:  (601) 924-5961** | |
| **Email: trustee@mcraneymcraney.com** | |